20 CR 394

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                          **CONSENT TO PROCEED BY VIDEO OR**
                                                   **TELE CONFERENCE**

           -against-
                                                   **20-MJ-7643 (UA)**

Bornwakim Pilgrim
           Defendant(s).
-------------------------------------------------------------------X

Defendant Bornwakim Pilgrim   hereby voluntarily consents to participate in the following
proceeding via    ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☒     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
        Indictment Form)

☒     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel


/s/ Bornwakim Pilgrim (by permission)
_____          _____s/ Sam Braverman_____
Defendant's Signature                    Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____Bornwakim Pilgram_____              _____Samuel M. Braverman_____
Print Defendant's Name                   Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__8/10/20_____
Date                                     _____
                                         U.S. District Judge/U.S. Magistrate Judge