UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      United States of America,

                                                     NOTICE RE: CHANGE OF
                                                    TIME OF CONFERENCE

            -against-

                                                      7:20-CR-00394 (CS)


      Bornwakim Pilgrim,
                        Defendant(s).
------------------------------------------------------------X


The Status Conference previously scheduled before this Court for **September 30, 2020 at 11:00 a.m.** will be held at **9:00 a.m. via Skype for Business video** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.


                                                       /s/ Walter Clark, Courtroom Deputy

Dated:   September 21, 2020
            White Plains, New York